UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 11-2047-MWF(VBKx)**                                Dated: **December 26, 2013**

Title:      Glen E. Friedman -v- Live Nation Merchandise, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Julieta Lozano                                          None Present
    Courtroom Deputy                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                            None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

    In light of the Settlement reached on November 21, 2013 {see docket entry [170]}, the Court sets a hearing on Order To Show Cause Re Dismissal for January 14, 2014 at 11:30 a.m.  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar. All other dates are hereby vacated.

    IT IS SO ORDERED.

MINUTES FORM 90                                                  Initials of Deputy Clerk   jloz
CIVIL - GEN

-1-