JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GLEN E. FRIEDMAN, | Case No. CV-11-2047 MWF (VBKx) |
| Plaintiff, | **STIPULATED JUDGMENT WITH RESERVATION OF RIGHTS FOR APPEAL** |
| v. | |
| LIVE NATION MERCHANDISE, INC., *et al*, | Judge:   Hon. Michael W. Fitzgerald |
| Defendants. | Date Filed:   March 9, 2011<br>Trial Date:   None set |

## JUDGMENT

A.    This is the final judgment as to all matters raised in the operative Third Amended Complaint of Plaintiff Glen E. Friedman ("Plaintiff"), wherein Plaintiff asserted two claims:  (1) a claim for copyright infringement against defendants Live Nation Merchandise, Inc. ("Live Nation Merchandise"), Art.com, Inc., Michael Howard, and NMR Distribution (America) Inc. (Live Nation Merchandise, Art.com, Inc., Michael Howard, and NMR Distribution (America) Inc. shall collectively be referred to as "Defendants"), as well as against un-served defendants Anthill Trading, LLC and Aquarius Entertainment Merchandising, Inc.; and (2) a claim for violation of Copyright Management Information pursuant to 17 U.S.C. § 1202 against defendant Live Nation Merchandise (and against Anthill Trading, LLC, which has not been served in this action).

B.    On August 22, 2012, the Court granted Defendants' motion for partial summary judgment, dismissing Plaintiff's (1) first claim for copyright infringement, to the extent Plaintiff claimed such infringement was willful, and (2) second claim for violation of Copyright Management Information in its entirety.  (Dkt. No. 123.)

C.    The Parties previously agreed to narrow certain issues by stipulating to, among other things:  (1) "Plaintiff shall not recover statutory damages or attorney's fees … for alleged copyright infringement of any photograph that represents the subject works with respect to Copyright Registrations VA 1-765-888, VA 1-765-895, or VA 1-772-541;" and (2) "Partial summary judgment [being] granted in favor of Plaintiff, and against Defendants …, on Plaintiff's First Claim for Relief for copyright infringement claim [as alleged in the TAC] for purposes of liability only, with damages to be determined at trial."  (Dkt. No. 63.)

D.    On June 12, 2013, the Court entered an order holding that Plaintiff is entitled to "only one statutory damages award per infringed work," and that the number of infringed works is likely either 5 or 2, or a number in between depending on the facts presented at trial.  (Dkt. No. 162.)

E.     In light of the foregoing, the parties have stipulated that the only issues remaining for trial would be a determination of damages on Plaintiff's sole remaining claim for non-willful copyright infringement.  Accordingly, prior to trial, the Parties reached a confidential settlement whereby, in the interest of judicial economy and in order to facilitate an appeal before a trial is conducted in this action, they have stipulated, among other things, to:  (1) an amount of damages, inclusive of attorneys' fees and costs, to be entered in a final, appealable judgment on the sole remaining claim for non-willful copyright infringement, with the Plaintiff reserving his rights to appeal as to the issues of (i) whether the Court properly granted summary judgment against Plaintiff's first claim for copyright infringement, to the extent Plaintiff claimed such infringement was willful, (ii) whether the Court properly granted summary judgment against Plaintiff's second claim for violation of Copyright Management Information, and (iii) the Court's Order re statutory damages (Dkt. No. 162).

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED, DECLARED AND DECREED, AS FOLLOWS:**

1.     Defendants Anthill Trading, LLC and Aquarius Entertainment Merchandising, Inc. are hereby dismissed, without prejudice.

2.     Judgment is entered in favor of Defendants, and against Plaintiff, on Plaintiff's first claim for copyright infringement, to the extent Plaintiff claimed such infringement was willful.

3.     Judgment is entered in favor of defendant Live Nation Merchandise, and against Plaintiff, on Plaintiff's second claim for violation of Copyright Management Information pursuant to 17 U.S.C. § 1202.

4.     As to Plaintiff's remaining claim for non-willful copyright infringement, judgment is entered in favor of Plaintiff, and against Defendants in a confidential sum, to which the parties agreed in a binding settlement that preserved rights to appeal from this Judgment, as set forth above.

[PROPOSED] STIPULATED JUDGMENT WITH RESERVATION OF RIGHTS FOR APPEAL
LA 131166097v3

5.     Plaintiff has reserved his rights to appeal from this Judgment as to the issues of (i) whether the Court properly granted summary judgment against Plaintiff's first claim for copyright infringement, to the extent Plaintiff claimed such infringement was willful, (ii) whether the Court properly granted summary judgment against Plaintiff's second claim for violation of Copyright Management Information, and (iii) the Court's Order re statutory damages (Dkt. No. 162).

6.     In the event that this action is remanded upon an appeal, this Judgment and any reference thereto, shall be inadmissible at trial.

**IT IS SO ORDERED.**

DATED:  February 7, 2014

_____
Hon. Michael W. Fitzgerald,
United States District Judge

3