**THE LINDE LAW FIRM**
DOUGLAS A. LINDE (SBN 217584) (dal@lindelaw.net)
ERICA ALLEN GONZALES (SBN 234922) (eag@lindelaw.net)
9000 Sunset Boulevard, Suite 1025
Los Angeles, California 90069
(310) 203-9333; (310) 203-9233 FAX
*Attorneys for Plaintiff Glen E. Friedman*

**GREENBERG TRAURIG, LLP**
JEFF E. SCOTT  (SBN 126308) (*ScottJ@gtlaw.com*)
MATTHEW R. GERSHMAN (SBN 253031) (*GershmanM@gtlaw.com*)
1840 Century Park East, Suite 1900
Los Angeles, California 90067
(310) 586-7700; (310) 586-7800 FAX
*Attorneys for Defendants Live Nation Merchandise, Inc.,
Art.com, Inc., Michael Howard and NMR Distribution (America) Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| | |
|---|---|
| GLEN E. FRIEDMAN,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION MERCHANDISE, INC., *et al*,<br><br>Defendants. | CASE NO. CV-11-2047 MWF (VBKx)<br><br>**JOINT STATEMENT RE: SETTLEMENT AGREEMENT DISPUTE, AND REQUEST FOR CONTINUANCE IN LIGHT OF MEDIATED RESOLUTION TO SAME**<br><br>Trial Date:   None set |

1

JOINT STATEMENT AND REQUEST FOR CONTINUANCE IN LIGHT OF
MEDIATED RESOLUTION

**TO HE HONORABLE COURT:**

Pursuant to the Court's Order (Dkt. No. 206), the parties hereby submit the following joint report:

1. On May 8, 2017, the parties appeared at an OSC Re Dismissal, and explained to the Court that the parties had a signed confidential written settlement agreement, but that there was a dispute about how to proceed under the agreement. The Court ordered the parties to file a joint statement on or before May 22, 2017, regarding the parties' respective positions on how the dispute should be resolved. (Dkt. No. 206.)

2. Since that hearing, and with the assistance of the Mediator (Hon. Rosalyn Chapman, Ret. – JAMS), the parties have resolved the dispute and are documenting the mediated resolution.

3. The parties anticipate that the finalization of documentation for this mediated resolution and execution of all terms necessary for dismissal will occur within 30 days.

4. Accordingly, the parties respectfully request the Court continue the joint report filing deadline by 30 days, to allow the parties sufficient time to finalize the mediated resolution and thereafter file a dismissal with the Court.

Respectfully submitted,

Dated:  May 22, 2017                            THE LINDE LAW FIRM


By: /s/ Douglas A. Linde
Douglas A. Linde
Erica Allen Gonzales
*Attorneys for Plaintiff Glen E. Friedman*

2

JOINT STATEMENT AND REQUEST FOR CONTINUANCE IN LIGHT OF MEDIATED RESOLUTION

| | |
|---|---|
| Dated: May 22, 2017 | GREENBERG TAURIG, LLP |

By: */s/ Matthew R. Gershman*
*Attorneys for Defendants Live Nation Merchandise, Inc., Art.com, Inc., Michael Howard and NMR Distribution (America) Inc.*

*Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Douglas A. Linde, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.*

*/s/ Matthew R. Gershman*

3

JOINT STATEMENT AND REQUEST FOR CONTINUANCE IN LIGHT OF MEDIATED RESOLUTION